## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Debra Dunbar v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 12-cv-10427-DRH* |
| *Kimberly Kowalski v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 12-cv-11467-DRH* |
| *Devon Kupfner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 11-cv-12677-DRH* |
| *Jene Mortensen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 13-cv-10704-DRH* |
| *Tammie Person v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 11-cv-12914-DRH* |
| *Betty Reynolds v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 10-cv-20416-DRH* |
| *Heather Valenzuela v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 12-cv-10435-DRH* |
| *Shevawn Feeney v. Bayer Corporation, et al.* | *No. 10-cv-20442-DRH* |
| *Kelly Frazier v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 11-cv-11482-DRH* |
| *LaWanda Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 11-cv-13092-DRH* |
| *Melissa Koskovich v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 11-cv-11149-DRH* |
| *Patricia Lenzini v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 11-cv-13094-DRH* |
| *Wanda Lodge v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 11-cv-11788-DRH* |

| | |
|---|---|
| *Janet Wiener v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 11-cv-11780-DRH* |
| *Dewana Winfree v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 11-cv-10452-DRH* |
| *Nicole Shepherd v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 10-cv-13146-DRH* |

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**    These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 29, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:**  **/s/*Caitlin Fischer***
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.06.01
15:10:36 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT